## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **KIP PRESSEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **1:16-cv-00425-JDL** |
| | ) | |
| **SOCIAL SECURITY** | ) | |
| **ADMINISTRATION** | ) | |
| **COMMISSIONER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Report and Recommended Decision (ECF No. 21) with the court on June 25, 2017, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The Plaintiff filed an Objection to the Report and Recommended Decision (ECF No. 22) on July 10, 2017, and the Defendant filed a Response to the Plaintiff's Objection (ECF No. 23) on July 18, 2017.

I have reviewed and considered the Magistrate Judge's Report and Recommended Decision, together with the entire record, and have made a de novo determination of all matters adjudicated by it. I concur with the Magistrate Judge's conclusions as set forth in the Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate

Judge is hereby **ACCEPTED**.  The commissioner's decision is **AFFIRMED.**

**SO ORDERED.**

**Dated August 28, 2017**

                                         /s/ Jon D. Levy
                                    **U.S. DISTRICT JUDGE**